NICHOLAS MURRAY, *Respondent*, v. THEODORE L. MINIER, *Appellant.* — Order reversed, with costs of appeal and of motion to abide event. Opinion by DAVIS, P. J.

FREDERICK FRELINGHUYSEN, *as Receiver, etc., Respondent*, v. THEODORE F. BALDWIN, *Appellant.* — Order reversed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

IN THE MATTER OF THE ESTATE OF SAMUEL J. SEAMAN, *Deceased.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

THE MANNECK MANUFACTURING COMPANY, *Respondent*, v. EMILE A. J. MANNECK, *Appellant.*— Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

DAVID BEIR, *Respondent*, v. LOUIS ASH and others, *Appellants.* — Order reversed, with ten dollars costs and disbursements. Opinions by DANIELS and BRADY, JJ.

JAMES E. BYRNE, *Respondent*, v. THE NEW YORK BRICK AND CEMENT COMPANY, *Appellant.* — Order reversed and motion denied, with ten dollars costs and disbursements. Opinion by DANIELS, J.

GUSTAV LAUTER, *Respondent*, v. JOSEPH L. BERG and others, *Appellants.* — Order reversed, with ten dollars costs and disbursements to abide event. Opinion by BRADY, J.

THE IRVING NATIONAL BANK, *Respondent*, v. JAY L. ADAMS, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, *Respondent*, v. THE BROADWAY AND SEVENTH AVENUE RAILROAD COMPANY, *Appellant.* — Judgment affirmed. Opinion by DANIELS, J.

PEARCE BARNES, *as Receiver, etc., Respondent*, v. JOSEPH D. JONES and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

EDWARD HINCKEN, *Executor, etc., Respondent*, v. EDWARD D. JAMES, *Appellant, Impleaded, etc.* — Judgment reversed, so far as it directs judgment for deficiency, with costs to the appellant. Opinion by DAVIS, P. J.

JOHN MURPHY, *Appellant*, v. THE PEOPLE OF THE STATE OF NEW YORK, *Respondent.* — Judgment reversed, new trial ordered. Opinion by DAVIS, P. J.

SAMUEL COLVILLE, *Respondent*, v. THOMAS B. MACDONOUGH, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

JAMES LINDEN, *Respondent*, v. THE MAYOR, ETC., OF THE CITY OF NEW YORK, *Appellants.* — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by DANIELS, J.